UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEVEN MCKEEHAN, <br><br> Plaintiff, <br><br> v. <br><br> THYSSENKRUPP ELEVATOR CORPORATION, <br><br> Defendants. | Case No. C19-695 RSL-TLF <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, and objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) the Court adopts the Report and Recommendation;

(2) Thyssenkrupp Elevator Corporation and Thyssenkrupp Elevator Manufacturing, Inc. defendants' motion for summary judgment is GRANTED; and

(3) plaintiff's claim against these defendants is DISMISSED.

Dated this 5th day of February, 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1