1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

8  STEVEN MCKEEHAN,

9                                    Plaintiff,          NO. 2:19-cv-00695-RSL-TLF

10          v.                                           STIPULATION AND ORDER OF
                                                         DISMISSAL
11  THYSSENKRUPP ELEVATOR
    CORPORATION, a foreign corporation,
12  THYSSENKRUPP ELEVATOR
    MANUFACTURING, INC., a foreign
13  corporation, and, SCHINDLER
    ELEVATOR CORPORATION, a foreign
14  corporation,

15                                  Defendants.

16
17

**STIPULATION**

18          COME NOW all parties hereto, in all their capacities, by and through their

19  undersigned attorneys of record, and stipulate that all claims asserted herein, or which

20  could have been asserted herein, by and between Steven McKeehan and Schindler

21  Elevator Corporation, have been fully, finally and forever resolved and settled

22  satisfactorily and that the Complaint of Steven McKeehan shall be dismissed with

23  prejudice and without costs to any party.

24
25

STIPULATION AND ORDER OF DISMISSAL - 1

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON 98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

DATED this 7th day of August, 2020.

PALACE LAW

By *s/Jeffrey Twersky*
     Jeffrey Twersky, WSBA #26581
Attorneys for Plaintiff

PREG O'DONNELL & GILLETT PLLC

By *s/ Debra Dickerson*
     Debra Dickerson, WSBA #20397
Attorneys for Defendant Schindler Elevator
Corporation

ORDER

THIS MATTER having come on for hearing upon the above stipulation for dismissal, and the court having reviewed the files and records herein and being fully advised, now, therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Complaint of Steven McKeehan, Case No. 2:19-cv-00695 be, and the same is hereby, dismissed with prejudice and without costs to any party.

Dated this 7th day of August, 2020.

Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER OF DISMISSAL - 2

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON 98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113